Núm. 8552.—Beltrán, aplte. *v.* Saldaña, Etc., apldo.—C. D. San Juan. Julio 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

San Juan, Puerto Rico, julio 28, 1942.

Por cuanto, el Fiscal de esta Corte solicitó la desestimación de este recurso por no haber sido notificado el Fiscal del Distrito, que representó al demandado en la corte inferior, del escrito de apelación radicado por el peticionario apelante;

Por cuanto, en la vista de dicha moción el abogado del apelante alegó oralmente, en oposición, que la sentencia dictada por la corte inferior le fué notificada al peticionario y no a su abogado y que fué el peticionario el que radicó el escrito de apelación, sin notificarlo al fiscal, no habiendo intervenido su abogado hasta la vista celebrada en la corte inferior para la aprobación de la transcripción de evidencia;

Por cuanto, si bien de acuerdo con el artículo 324 del Código de Enjuiciamiento Civil las notificaciones deben hacerse a los abogados, en lugar de la parte, en el caso que resolvemos aparece que el peticionario suscribió por su propio derecho la petición sin estar representado por abogado y que si bien el Lic. Fonfrías compareció a la vista del caso nada había en los autos que obligara al Secretario a tenerlo como abogado de récord pues nunca hizo su comparecencia escrita como tal;

Por cuanto, la cuestión planteada por el apelante, de proceder, debió haberse sometido en primera instancia a la corte inferior para su resolución, pero, esto no obstante, puede interpretarse el hecho de haber el Lic. Fonfrías intervenido en la aprobación de la transcripción de evidencia y continuado en el perfeccionamiento de la apelación como una renuncia (waiver) al derecho que tenía de ser notificado de la sentencia, pues dicho derecho es renunciable, según hemos resuelto en *Vázquez* v. *González,* ante, página 718;

Por tanto, se declara con lugar la moción y en su consecuencia se desestima el recurso.

Los Jueces Presidente Sr. Del Toro y Asociado Sr. Travieso, no intervinieron.

Núm. 8549.—De Jesús, aplte. *v.* Saldaña, Etc., apldo.—C. D. San Juan. Julio 28, 1942.

Llamado este caso para vista, compareció el demandado por el Fiscal de esta Corte, y apareciendo que el apelante faltó en- comparecer no obstante habérsele notificado el señalamiento, y que el escrito de apelación no fué notificado a la parte apelada, debe desestimarse como se desestima el recurso por falta de jurisdicción.